IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00014-WYD-MEH

LEONARD H. CHANDA & ASSOCIATES, L.P.

    Plaintiff,

v.

MERIDIAN METROPOLITAN DISTRICT;
DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS CENTER;
RAYMOND A. BULLOCK, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
MICHAEL A. BARBER, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
JOHN KILROW, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
PHIL McCURDY, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
RICK POPPE, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
JOHN M. PROSSER, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
LAUREL S. RAINES, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
JEROME M. SERACUSE, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
DOUGLAS C. SCOTT, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
PETER ITALIANO, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
BRENT MILLER in his official capacity as member of the Design Control Committee of Meridian International Business Center; and
GEORGE WEAVER, in his official capacity as member of the Design Control Committee of Meridian International Business Center,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the parties' Stipulated Motion for Dismissal of Plaintiff's Fifth Claim for Relief and Dismissal of Defendants John Kilrow, Peter Italiano and George Weaver [doc. #17, filed February 9, 2009] is **GRANTED**. Plaintiff's Fifth Claim for Relief is **DISMISSED WITHOUT PREJUDICE**, and Defendants John Kilrow, Peter Italiano, and George Weaver are **DISMISSED WITHOUT PREJUDICE**, each party to bear their own attorneys' fees and costs.

Dated: February 13, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge