IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00014-WYD-MEH

LEONARD H. CHANDA & ASSOCIATES, L.P.

     Plaintiff,

v.

MERIDIAN METROPOLITAN DISTRICT;
DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS CENTER;
RAYMOND A. BULLOCK, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
MICHAEL A. BARBER, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
PHIL McCURDY, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
RICK POPPE, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
JOHN M. PROSSER, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
LAUREL S. RAINES, in her official capacity as member of the Design Control Committee of Meridian International Business Center;
JEROME M. SERACUSE, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
DOUGLAS C. SCOTT, in his official capacity as member of the Design Control Committee of Meridian International Business Center; and
BRENT MILLER in his official capacity as member of the Design Control Committee of Meridian International Business Center,

     Defendants.

---

**ORDER**

---

     THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss Plaintiff's First and Second Claims for Relief [doc. #32], filed May 18, 2009.  The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that Plaintiff's Unopposed Motion to Dismiss Plaintiff's First and Second Claims for Relief [doc. #32], filed May 18, 2009, is **GRANTED**.  Plaintiff's First and Second Claims for Relief are **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs and attorneys' fees.

Dated:  May 19, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge