IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00014-WYD-MEH

LEONARD H. CHANDA & ASSOCIATES, L.P.

Plaintiff,

v.

MERIDIAN METROPOLITAN DISTRICT;
DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS
CENTER;
RAYMOND A. BULLOCK, in his official capacity as member of the Design Control
Committee of Meridian International Business Center;
MICHAEL A. BARBER, in his official capacity as member of the Design Control
Committee of Meridian International Business Center;
PHIL McCURDY, in his official capacity as member of the Design Control Committee of
Meridian International Business Center;
RICK POPPE, in his official capacity as member of the Design Control Committee of
Meridian International Business Center;
JOHN M. PROSSER, in his official capacity as member of the Design Control
Committee of Meridian International Business Center;
LAUREL S. RAINES, in his official capacity as member of the Design Control
Committee of Meridian International Business Center;
JEROME M. SERACUSE, in his official capacity as member of the Design Control
Committee of Meridian International Business Center;
DOUGLAS C. SCOTT, in his official capacity as member of the Design Control
Committee of Meridian International Business Center; and
BRENT MILLER in his official capacity as member of the Design Control Committee of
Meridian International Business Center,

Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal

Pursuant To Rule 41(a)(1)(A)(ii), [doc. #48], filed October 14, 2009.  The Court having

reviewed the stipulation and being fully advised in the premises therein, it is hereby

ORDERED that Plaintiff's Third Claim for Relief against Defendant Meridian

Metropolitan District **DISMISSED WITHOUT PREJUDICE**, and Defendant Meridian

Metropolitan District is **DISMISSED** as a party to this case.


Dated:  October 14, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge