IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00014-WYD-MEH

LEONARD H. CHANDA & ASSOCIATES, L.P.

    Plaintiff,

v.

DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS CENTER;
RAYMOND A. BULLOCK, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
MICHAEL A. BARBER, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
PHIL McCURDY, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
RICK POPPE, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
JOHN M. PROSSER, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
LAUREL S. RAINES, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
JEROME M. SERACUSE, in his official capacity as member of the Design Control Committee of Meridian International Business Center;
DOUGLAS C. SCOTT, in his official capacity as member of the Design Control Committee of Meridian International Business Center; and
BRENT MILLER in his official capacity as member of the Design Control Committee of Meridian International Business Center,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to

Dismiss, Without Prejudice, Michael R. Barber, Phil McCurdy, Rick Poppe, John M.

Prosser, Laurel S. Raines, Jerome M. Seracuse, And Brent Miller, [doc. #50], filed

October 15, 2009.  The Court having reviewed the motion and being fully advised in the premises therein, it is hereby

ORDERED that Michael R. Barber, Phil McCurdy, Rick Poppe, John M. Prosser, Laurel S. Raines, Jerome M. Seracuse, and Brent Miller are **DISMISSED WITHOUT PREJUDICE** as parties to this case. These Defendants shall hereafter be taken off the caption.

Dated: October 20, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge