**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | June 12, 2012 |
| E.C.R./Reporter: | Therese Lindblom | | |

Civil Action No: **09-cv-00014-WYD-MEH**          Counsel:

**LEONARD H. CHANDRA & ASSOCIATES, L.P.**,          Lew M. Harstaad

        Plaintiff,

v.

**DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS CENTER, et al.**,          Timothy R. Beyer
          Karl L. Schock

        Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**10:08 a.m.**     Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

10:08 a.m.     Discussion regarding the health of plaintiff.

          Defendant's Motion in Limine to Exclude Evidence of Attorneys' Fee Damages (ECF Doc. No. 83), filed May 1, 2012, is raised for argument.

10:10 a.m.     Argument by Defendant (Mr. Schock).

10:13 a.m.     Argument by Plaintiff (Mr. Harstaad).

**ORDERED:** Defendant's Motion in Limine to Exclude Evidence of Attorneys' Fee Damages (ECF Doc. No. 83), filed May 1, 2012, is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Any deposition related to the issue of attorneys' fees shall be taken not later than **Friday, July 6, 2012.**

10:17 a.m.   Discussion regarding estimated length of trial, possible amendment to Final Pretrial Order, joint exhibit list, and witness lists.

**ORDERED:** Revised witness lists shall be filed not later than **Monday, July 2, 2012.**

10:22 a.m.   Discussion regarding damage calculations contained in Plaintiff's Proposed Findings of Fact and Conclusions of Law.

**ORDERED:** Parties shall meet and confer on the damages calculation issue and Defendant shall file a motion in limine on Plaintiff's damage calculations not later than **Tuesday, June 19, 2012.**

**ORDERED:** Plaintiff shall respond to Defendant's motion in limine on Plaintiff's damage calculations not later than **Tuesday, June 26, 2012.**

**10:25 a.m.**   Court in Recess - HEARING CONCLUDED,

**TOTAL TIME:   :17**