IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-00014-WYD-MEH

LEONARD H. CHANDA & ASSOCIATES, L.P.

      Plaintiff,

v.

DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS CENTER, et. Al

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Plaintiff's Unopposed Request for Leave to Amend Proposed Findings of Fact and Conclusions of Law [ECF No. 96], filed June 19, 2012, is **GRANTED.**  Accordingly, Plaintiff's Proposed Findings of Fact and Conclusions of Law [ECF No. 89] is amended on page 12 as described in the motion.

      Dated:   June 19, 2012