IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-00014-WYD-MEH

LEONARD H. CHANDA & ASSOCIATES, L.P.

    Plaintiff,

v.

DESIGN CONTROL COMMITTEE OF MERIDIAN INTERNATIONAL BUSINESS CENTER, et. Al

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss with Prejudice, [ECF No. 102], filed August 3, 2012.   After carefully reviewing the above-captioned case, I find that the motion should be **GRANTED** and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the parties' Joint Motion to Dismiss with Prejudice, [ECF No. 102], filed August 3, 2012, is **GRANTED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   August 7, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge